AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

| UNITED STATES OF AMERICA<br>V.<br>CHRISTOPHER K. HORNER | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>CR06-0215 SOM<br>CR02-0308 SOM | District of Arrest<br>3-09-70016 EDL | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify)

charging a violation of   18   U.S.C. §   751

**DISTRICT OF OFFENSE**
District of Hawaii

**DESCRIPTION OF CHARGES:**

Order to Show Cause Why Supervision Should Not be Revoked

**CURRENT BOND STATUS:**

☐ Bail fixed at                            and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Defendant waived Identity, Removal and Detention Hearings

**Representation:**   ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☐ No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Jan 8, 2009
Date                                United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |